1  JAMES E. HARPER
   Nevada Bar No. 9822
2  **HARPER | SELIM**
   1935 Village Center Circle
3  Las Vegas, Nevada 89134
   Phone: (702) 948-9240
4  Fax:    (702) 778-6600
   Email: eservice@harperselim.com
5  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JAMES FRENCH, an individual, | CASE NO.: 2:22-cv-01883-RFB-EJY |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, JAMES FRENCH, by and through his counsel of record, VAN LAW FIRM, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney

/ / /

1

fees.

DATED this 10th day of March 2023.                    DATED this 10th day of March 2023.

**VAN LAW FIRM**                                                        **HARPER | SELIM**

*/s/ Burke Huber*                                                         */s/ James E. Harper*

BURKE HUBER                                                         JAMES E. HARPER
Nevada Bar No. 10902                                             Nevada Bar No. 9822
1290 S. Jones Boulevard                                          1935 Village Center Circle
Las Vegas, NV 89146                                               Las Vegas, NV 89130
Phone: (702) 900-9000                                             Phone: (702) 948-9240
Fax: (702) 800-4662                                                  Fax: (702) 778-6600
*Attorneys for Plaintiff*                                              *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **(ECF No.** 13 **)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 13, 2023